# Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:**    **Category No.** II    **Investigating Agency** USMS

**City:** Boston

**County:** Suffolk

**Related Case Information:**
- Superseding Ind./ Inf.: 
- Case No.: 
- Same Defendant: 
- New Defendant: 
- Magistrate Judge Case Number: 24-mj-1198-DLC
- Search Warrant Case Number: 
- R 20/R 40 from District of: 

## Defendant Information:

- **Defendant Name:** Derya Dikici    Juvenile: ☐ Yes ☑ No
- Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No
- **Alias Name:** 
- **Address (City & State):** Charlestown, Massachusetts
- **Birth date (Yr only):** 1979   **SSN (last4#):**   **Sex:** F   **Race:** Turkish   **Nationality:** Turkish

**Defense Counsel if known:**    **Address:** 

**Bar Number:** 

## U.S. Attorney Information:

- **AUSA:** Stephen Hassink   **Bar Number if applicable:** 693496
- **Interpreter:** ☐ Yes ☑ No   List language and/or dialect: 
- **Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No
- **Matter to be SEALED:** ☑ Yes ☐ No
- ☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date:** 

- ☐ Already in Federal Custody as of _____ in _____.
- ☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
- ☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:** ☐ Petty   ☐ Misdemeanor   ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 04/10/2024   **Signature of AUSA:** STEPHEN HASSINK (Digitally signed by STEPHEN HASSINK, Date: 2024.04.10 08:42:40 -04'00')

JS 45  (5/97)   (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Derya Dikici

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 USC § 3184 | Fugitive from another country | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____